RECEIVED
SDNY PRO SE OFFICE
2024 DEC 11 AM 8:43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Ross
_____

Write the full name of each plaintiff.

___CV___
(Include case number if one has been assigned)

-against-

New York city &
Department of corrections
Et Al

**COMPLAINT**
(Prisoner)

Do you want a jury trial? ☒ Yes ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____
First Name          Middle Initial          Last Name

_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

09-09 Hazen St
Institutional Address

_____
County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____  _____  _____
First Name                Last Name                 Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____  _____  _____
County, City              State                     Zip Code

Defendant 2:

_____  _____  _____
First Name                Last Name                 Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____  _____  _____
County, City              State                     Zip Code

Defendant 3:

_____  _____  _____
First Name                Last Name                 Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____  _____  _____
County, City              State                     Zip Code

Defendant 4:

_____  _____  _____
First Name                Last Name                 Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____  _____  _____
County, City              State                     Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: G.R.V.C.

Date(s) of occurrence: 8-15-24, 9-01-24, 9-10-24, to 10-30-24

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Now ex-employee who quit to make the truth come out 10-22-24 Daily News Justina Rzewenski told on D-O-C horrible abuse and conditions are inhumane! Also D-O-C Retaliate against its own employees; Like Brooklyn D.A. Eric Gonzales against they own kamephis (kam) Perez on 7-6-22 terminated for having a moral ethical obligation of sending 2 innocent men to prison cause the D.A's office witheld exculpatory evidence would set them free! This is the practices with the D.A's office and courts over 5 decades Ex: Andre Antrobus going through hell assaults by employees and inmates hired! Defense block taken evidence and mail on a false charge so call fight in psych ward which is against court rules and laws 14 NYCRR 22.2(d) "Danger to life and limb last resort is restraints" corroberated by Judicial imperitive precedent people v Russell 4 misc. 2d 1021 also corroberated by M-R-I & ct scan video and N.Y.s court of Appeals state people lie — camera don't indisputable

Okay even though 9 NYCRR 7031.2 states you can print Reference materials co-Is walker to Law librarian to grievance officer Brooks all told lies! And blatantly bully me on 8-01-24 to 10-30-24 unreasonable siezures of exonerating

Page 4

Evidence for several months; Also taken mail so long I can't count to Block me and Mr Antrobus's defense cause I helped! Then send The hit sqaud to gang assault me on several occasions and Denial of medical care lost my shelter apartment, children, friends and family plus freedom

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

injury to lower back several times swollen face and lost teeth in the Back. Extreme emotional anguish emotional distress

### VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

$3,000,000.00

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11-12-24

Plaintiff's Signature: Mark Ross

First Name: Mark     Middle Initial:     Last Name: Ross

Prison Address: 09 09 hazen st

County, City: East Elmhurst    State: NY    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 11-12-24



David Cruz Rodriguez
2490240032711103
0909 hazen st NY
09 Elmhurst
United States District Court
Southern District of NY
500 Pearl
New York 10007

Pro Se