UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ROSS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>NEW YORK CITY; DEPARTMENT OF CORRECTIONS,<br><br>                    Defendants. | 24 CIVIL 9475 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 24, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 27, 2025
           New York, New York

                                                                   /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                     Chief United States District Judge